UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAREY D. DANIELS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 2:12-cv-00388-LSC-HGD |
| ) | |
| FREDDIE BUTLER, WARDEN, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## MEMORANDUM OPINION

On February 10, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 5, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied as time-barred.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 12th day of March 2012.

*[signature]*
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

167458