FILED
2012 Mar-12 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAREY D. DANIELS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:12-cv-00388-LSC-HGD |
| FREDDIE BUTLER, WARDEN, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED as time-barred.

Done this 12th day of March 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

167458